# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

<u>Crutchfield, Amy</u>         v. <u>Secretary of Health and Human Services</u>

No. 15-5010

Notice of Appearance

Please take notice that John F. McHugh, duly admitted to this Court on January 7, 2009, appears for Petitioner-Appellant, Amy Crutchfield.

Dated, New York, N.Y.
    December 4, 2014

                              John F. McHugh
                              233 Broadway, Suite 2320
                              New York, N.Y. 10279
                              212-483-0875
                              Fax. 2120483-0876
                              jfmchughpc@aol.com